█    In the Matter of ROBERT TORSNEY, Respondent-Appellant. STATE COMMISSIONER OF MENTAL HYGIENE, Respondent; EUGENE GOLD, as District Attorney of the County of Kings, Appellant-Respondent.—Motion by the District Attorney for a stay pending determination of an appeal from an order of the Supreme Court, Kings County, dated December 22, 1978.

Motion denied as academic. The appeal is decided herewith. Mollen, P. J., Hopkins, Titone, Suozzi and Gulotta, JJ., concur.